Keith L. Gibson, Esq. (Admitted *Pro Hac Vice*)
KEITH GIBSON LAW, P.C.
586 Duane Street, Suite 102
Glen Ellyn, Illinois 60137
Tel: (630) 677-6745
keith@keithgibsonlaw.com

Attorneys for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN CHAFFIN, JENNIE KIM, LORI SINGER, MICHELLE IRWIN, ROXANNE SIMS, and DAWN MILLER, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL COFFEE & TEA, LLC, dba THE COFFEE BEAN & TEA LEAF<br><br>Defendant. | Case No.: 2:24-cv-03132-GHW-SK<br><br>**JOINT STIPULATION FOR CONTINUATION OF THE HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br><br>Filed Concurrently With: [Proposed] Order<br>Complaint Filed: April 17, 2024 |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys that the hearing on Defendant's Motion to Dismiss currently scheduled for November 21, 2024, be continued to January 16, 2025, at 8:30 a.m. The parties also request the Court enter an order consistent with this stipulation.

On or about October 23, 2024, Plaintiff's Counsel requested a continuance of the November 21, 2024, hearing date due to a scheduled medical leave for Plaintiffs'

counsel, Keith L. Gibson, from November 12, 2024, to December 5, 2024. On October 28, 2024, Defendant's counsel counsel agreed to the continuation of the hearing.  On October 31, 2024, Plaintiff's counsel emailed the Court's deputy clerk to inquire that January 16, 2025, was an available date for the hearing and received a confirmation of its availability.

No previous stipulation to continue the hearing date has been submitted by Plaintiffs' counsel.

The parties agree this extension is not prejudicial to Defendant.

This stipulation may be executed in counterparts and by electronic signatures, which shall be binding upon and effective as to both parties.

Dated: October 31, 2024           **KEITH GIBSON LAW, P.C.**

                                  By:  /s/ Keith L. Gibson
                                       Keith L. Gibson

                                  Attorneys for Plaintiffs and the Class


Dated: October 31, 2024           **JACKSON LEWIS P.C.**

                                  By:  /s/ Jennifer S. Rusie
                                       Jennifer S. Rusie

                                  Attorneys for Defendant
                                  INTERNATIONAL COFFEE & TEA, LLC,
                                  dba THE COFFEE BEAN & TEA LEAF