William M. Aron (SBN No. 234408)
**ARON LAW FIRM**
15 West Carrillo Street, Suite 217
Santa Barbara, CA 93101
Tel: (805) 618-1768
bill@aronlawfirm.com

*Attorneys for Plaintiffs and the Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN CHAFFIN, JENNIE KIM, LORI SINGER, MICHELLE IRWIN, ROXANNE SIMS, and DAWN MILLER, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL COFFEE & TEA, LLC, dba THE COFFEE BEAN & TEA LEAF,<br><br>Defendant. | Case No.: 2:24-cv-03132-GW-SK<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE IN-PERSON HEARING ON DEFENDANT'S MOTION TO DISMISS.** |

## UNOPPOSED MOTION TO CONTINUE THE IN-PERSON HEARING ON DEFENDANT'S MOTION TO DISMISS

Plaintiffs, by and through their respective counsel, move the Court for entry of an Order continuing the  as set forth herein, and in support thereof states as follows:

1. On October 31, 2024, the parties filed a Joint Stipulation to continue the hearing on Defendant's Motion to Dismiss to January 16, 2025. (Dkt. 21).

2. On January 14, 2025, the Court entered an Order that the January 16th

- 1 -

hearing would be held in-person in Los Angeles, California.

3. Counsel for Plaintiff, Keith L. Gibson, is the responsible attorney of record for the Plaintiffs and Putative Class for the argument on Defendant's motion to dismiss.

4. Due to the weather conditions and wildfires in the Los Angeles area, Counsel for Plaintiff, Keith L. Gibson, is unable to travel from Chicago, Illinois, to Los Angeles for the January 16, 2025, in-person hearing.

5. Upon conferral with Counsel for Defendant, Jennifer Rusie, Defendant does not oppose a continuance of the January 16th hearing to February 13, 2025.

6. Both Plaintiff's Counsel and Defendant's Counsel are available for an in-person hearing on February 13, 2025.

7. This request is not made for the purposes of delay or from a lack of diligence.

WHEREFORE, it is respectfully requested that the Court grant the Plaintiffs' Unopposed Motion to Continue the Hearing on Defendant's Motion to Dismiss to February 13, 2025, and any other relief this Court deems appropriate.

Dated: January 14, 2025                    Respectfully submitted,

/s/ Keith L. Gibson
Keith L. Gibson (*Pro Hac Vice*)
KEITH GIBSON LAW, P.C.
586 Duane Street Suite 102
Glen Ellyn, IL 60137
Telephone: (630) 677-6745
Email: keith@keithgibsonlaw.com

Bogdan Enica (*Pro Hac Vice*)
KEITH GIBSON LAW, P.C.
1200 N Federal Hwy, Ste.300
Boca Raton FL 33432
Telephone: (305) 306-4989

PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE HEARING

Email: bogdan@keithgibsonlaw.com

William M. Aron (SBN No. 234408)
ARON LAW FIRM
15 West Carrillo Street, Suite 217
Santa Barbara, CA 93101
Tel: (805) 618-1768
bill@aronlawfirm.com

*Counsel for Plaintiffs and the Putative Class*

- 3 -

PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE HEARING

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2025, the foregoing was electronically served on all counsel of record in this case via the Court's ECF filing system, as listed below.

Jennifer S. Rusie, Esq.
Joseph DiPalma, Esq.
Karen W. Luh, Esq.
JACKSON LEWIS, PC
jennifer.rusie@jacksonlewis.com
joseph.dipalma@jacksonlewis.com
karen.luh@jacksonlewis.com

/s/Keith Gibson
Keith L. Gibson (*Pro Hac Vice*)
KEITH GIBSON LAW, P.C.
586 Duane Street Suite 102
Glen Ellyn, IL 60137
Telephone: (630) 677-6745
Email: keith@keithgibsonlaw.com

PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE HEARING