Name and address:
Monica Bullock (SBN 211314)
Jackson Lewis P.C.
3390 University Ave., Suite 110
Riverside, CA 92501

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Carolyn Chaffin, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-cv-03132-GHW-SK |
| v. | |
| International Coffee & Tea, LLC, dba The Coffee Bean & Tea Leaf | NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL |
| DEFENDANT(S) | |

## INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note:** In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance or Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.

## SECTION I - IDENTIFYING INFORMATION

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Monica Bullock                                            CA Bar Number: 211314

Firm or agency: Jackson Lewis P.C.

Address: 3390 University Ave., Suite 110

Telephone Number: 951-848-7940                        Fax Number:

Email: monica.bullock@jacksonlewis.com

Counsel of record for the following party or parties: Defendant International Coffee & Tea, LLC, dba The Coffee Bean & Tea Leaf

**SECTION II - TO ADD AN ATTORNEY TO THE DOCKET**

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____ .

☒ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

☐ By order of the court dated _____ in case number _____ (see attached copy), the attorney listed above may appear in this case without applying for admission to practice *pro hac vice*.

☐ This case was transferred to this district by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 from the _____ District of _____, where it was assigned case number _____. The attorney listed above is counsel of record in this case in the transferee district, and is permitted by the rules of the JPML to continue to represent his or her client in this district without applying for admission to practice *pro hac vice* and without the appointment of local counsel.

☐ On _____, the attorney listed above was granted permission to appear in this case *pro hac vice* before the Bankruptcy Court, and L.Bankr.R. 8 authorizes the continuation of that representation in this case before the District Court.

*In addition, if this is a criminal case, please check the applicable box below. The attorney listed above is:*

☐ USAO  ☐ FPDO  ☐ CJA Appointment  ☐ Pro Bono  ☐ Retained

**SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET**

***Notices of Electronic Filing will be terminated***. *Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: _____.

☐ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.

*(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____.

☐ The attorney named above was appointed on appeal and the appeal has been adjudicated. Date the mandate was filed: _____.

**SECTION IV - SIGNATURE**

I request that the Clerk update the docket as indicated above.

Date: 1/14/2025

Signature: *Monica A. Bullock*

Name: Monica Bullock

# PROOF OF SERVICE

**Carolyn Chaffin, et al. v. International Coffee and Tea LLC**
**2:24-cv-03132-GHW-SK**

    I am employed in the County of Riverside, State of California. I am over the age of 18 and not a party to the within action; my business address is 3390 University Ave., Suite 110, Riverside, CA 92501.

    On January 14, 2025, I served the foregoing document described as:

## NOTICE OF APPEARANCE OR WITHDRAWL OF COUNSEL

in this action by having a true copy sent addressed as follows:

## SEE ATTACHED SERVICE LIST

**[X]   BY E-MAIL and ELECTRONIC TRANSMISSION**
    Based on a Court order or on an agreement by the parties to accept service by e-mail or electronic transmission or Notice of Electronic Filing generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D), I caused the document(s) described above to be sent from e-mail address lauren.ornelas@jacksonlewis.com to the persons at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[X]   FEDERAL**  I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on January 14, 2025 at Riverside, California.

                                                   */s/ Lauren Ornelas*
                                                   Lauren Ornelas

## SERVICE LIST

| | |
|---|---|
| Keith L. Gibson, Esq.<br>William Aron<br>Bogdan Enica<br>490 Pennsylvania Avenue, Suite 1<br>Glen Ellyn, IL 60137<br>(630) 677-6745 | Attorneys for Plaintiffs<br><br>Email addresses<br>keith@keithgibsonlaw.com<br>bill@aronlawfirm.com<br>bogdan@keithgibsonlaw.com |

4931-3991-9120, v. 1