UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-3132-GW-SKx | Date | January 16, 2025 |
|---|---|---|---|
| Title | *Carolyn Chaffin, et al. v. International Coffee & Tea, LLC* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Bogdan Enica   Monica H. Bullock
Keith L. Gibson

**PROCEEDINGS:   TELEPHONIC HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6) [18]**

The Court's Tentative Ruling on Defendant's Motion [18] was issued on January 15, 2025 [29]. Oral argument is held. Based on the Tentative Ruling, and for reasons stated on the record, Defendant's Motion is GRANTED with leave to amend. Plaintiffs will have until February 14, 2025 to file a Second Amended Complaint.

                                                                                      :   20

                                                        Initials of Preparer   JG