Karen Luh (SBN 243256)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2800
Los Angeles, California 90017
Tel: (213) 689-0404
Fax: (213) 689-0430
Karen.Luh@jacksonlewis.com

Attorneys for Defendant
INTERNATIONAL COFFEE & TEA, LLC,
dba THE COFFEE BEAN & TEA LEAF

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN CHAFFIN, JENNIE KIM, LORI SINGER, MICHELLE IRWIN, ROXANNE SIMS, and DAWN MILLER, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL COFFEE & TEA, LLC, dba THE COFFEE BEAN & TEA LEAF<br><br>Defendant. | Case No.: 2:24-cv-03132-GHW-SK<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT INTERNATIONAL COFFEE & TEA, LLC, dba THE COFFEE BEAN & TEA LEAF TO RESPOND TO THE SECOND AMENDED COMPLAINT**<br><br>Complaint Filed: February 14, 2025 |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys that Defendant INTERNATIONAL COFFEE & TEA, LLC, dba THE COFFEE BEAN & TEA LEAF ("Defendant") may have an additional

twenty-eight (28) days within which to answer or otherwise respond to the Second Amended Complaint ("SAC").

Accordingly, it is hereby stipulated that Defendant's deadline to answer or otherwise respond to the SAC is extended until **March 28, 2025.**

On February 24, 2025, Defendant's counsel requested an extension of time to respond to the SAC and on that date, Plaintiffs' counsel agreed to the extension.

No previous stipulation to extend the time to answer or otherwise respond to the SAC has been filed in this action by Defendant.

The parties agree this extension is not prejudicial to Plaintiffs, and Plaintiffs do not intend to seek a default against Defendant while this stipulation is pending before the Court.

This stipulation may be executed in counterparts and by electronic signatures, which shall be binding upon and effective as to both parties.

Dated: February 26, 2025                **ARON LAW FIRM**

                                        By: __/S/ William M. Aron_____
                                            William M. Aron

                                        Attorneys for Plaintiffs and the Class


Dated: February 26, 2025                **JACKSON LEWIS P.C.**

                                        By: __/s/ Karen Luh_____
                                            Karen Luh

                                        Attorneys for Defendant
                                        INTERNATIONAL COFFEE & TEA, LLC,
                                        dba THE COFFEE BEAN & TEA LEAF

# PROOF OF SERVICE

**Carolyn Chaffin, et al. v. International Coffee and Tea LLC**
**2:24-cv-03132-GHW-SK**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 725 South Figueroa Street, Suite 2800, Los Angeles, California 90017.

On February 26, 2025, I served the foregoing document described as:

**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT INTERNATIONAL COFFEE & TEA, LLC, dba THE COFFEE BEAN & TEA LEAF TO RESPOND TO THE COMPLAINT**

in this action by having a true copy sent addressed as follows:

**SEE ATTACHED SERVICE LIST**

**[X]   BY E-MAIL and ELECTRONIC TRANSMISSION**
Based on a Court order or on an agreement by the parties to accept service by e-mail or electronic transmission or Notice of Electronic Filing generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D), I caused the document(s) described above to be sent from e-mail address Pamela.Trujillo@jacksonlewis.com to the persons at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[X]   FEDERAL**: I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 26, 2025 at Los Angeles, California.

s

PAMELA TRUJILLO

Pamela Trujillo

# SERVICE LIST

| | |
|---|---|
| Keith L. Gibson, Esq.<br>William Aron<br>Bogdan Enica<br>490 Pennsylvania Avenue, Suite 1<br>Glen Ellyn, IL 60137<br>(630) 677-6745 | Attorneys for Plaintiffs<br><br>Email addresses<br>keith@keithgibsonlaw.com<br>bill@aronlawfirm.com<br>bogdan@keithgibsonlaw.com |

4927-2323-0496, v. 1