William M. Aron (SBN No. 234408)
**ARON LAW FIRM**
15 West Carrillo Street, Suite 217
Santa Barbara, CA 93101
Tel: (805) 618-1768
bill@aronlawfirm.com

*Attorneys for Plaintiffs and the Putative Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN CHAFFIN, JENNIE KIM, LORI SINGER, MICHELLE IRWIN, ROXANNE SIMS, and DAWN MILLER, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL COFFEE & TEA, LLC, dba THE COFFEE BEAN & TEA LEAF,<br><br>Defendant. | Case No.: 2:24-cv-03132-GW-SK<br><br>**JOINT STIPULATION FOR CONTINUATION OF THE HEARING ON DEFENDANT'S MOTION TO DISMISS** |

**JOINT STIPULATION FOR CONTINUATION OF THE HEARING ON DEFENDANT'S MOTION TO DISMISS**

Plaintiffs Carolyn Chaffin, Jennie Kim, Lori Singer, Michelle Irwin, Roxanne Sims, and Dawn Miller ("Plaintiffs") and Defendant International Coffee & Tea, LLC dba The Coffee Bean & Tea Leaf ("Defendant") (collectively, the "Parties"), jointly and by stipulation, by and through their respective counsel, hereby move the Court for entry of an Order continuing the hearing on Defendant's Motion to Dismiss as set forth

- 1 -

PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE HEARING

herein, and in support thereof state as follows:

1. On March 28, 2025, Defendant filed its Motion to Dismiss Plaintiffs' Second Amended Complaint (Dkt. 34).

2. Defendant's Motion to Dismiss was set for hearing on May 15, 2025 at 8:30 a.m. (See Dkt. 34).

3. Upon Plaintiffs' Counsel's conferral with Counsel for Defendant, Jennifer Rusie and Monica Bullock, the Parties have agreed to jointly reschedule the hearing date for Defendant's Motion to Dismiss to May 29, 2025 at 8:30 a.m.

4. Both Plaintiffs' Counsel and Defendant's Counsel are available for an in-person hearing on May 29, 2025.

5. Accordingly, the deadline for Plaintiffs' Response to Defendant's Motion to Dismiss will be May 8, 2025 and the deadline for Defendant's Reply will be May 22, 2025.

6. This request is not made for the purpose of delay or due to a lack of diligence.

WHEREFORE, the Parties respectfully request that the Court grant the Parties Joint Request to Continue the Hearing on Defendant's Motion to Dismiss to May 29, 2025, extend the deadline for Plaintiffs' Response to the Motion to May 8, 2025, and extend the deadline for Defendant's Reply to May 22, 2025.

Dated: April 24, 2025          Respectfully submitted,

/s/ Keith L. Gibson
Keith L. Gibson (*Pro Hac Vice*)
KEITH GIBSON LAW, P.C.
586 Duane Street Suite 102
Glen Ellyn, IL 60137
Telephone: (630) 677-6745
Email: keith@keithgibsonlaw.com

PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE HEARING

Bogdan Enica (*Pro Hac Vice*)
KEITH GIBSON LAW, P.C.
1200 N Federal Hwy, Ste.300
Boca Raton FL 33432
Telephone: (305) 306-4989
Email: bogdan@keithgibsonlaw.com

William M. Aron (SBN No. 234408)
ARON LAW FIRM
15 West Carrillo Street, Suite 217
Santa Barbara, CA 93101
Tel: (805) 618-1768
bill@aronlawfirm.com

*Counsel for Plaintiffs and the Putative Class*

/s/ Monica H. Bullock
Monica H. Bullock
JACKSON LEWIS, P.C.
3390 University Avenue
Suite 110
Riverside, CA 92501
Telephone: (951) 848-7940
Email: monica.bullock@jacksonlewis.com

*Counsel for Defendant*

- 3 -

PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE HEARING

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2025, the foregoing was electronically served on all counsel of record in this case via the Court's ECF filing system, as listed below.

Jennifer S. Rusie
Monica H. Bullock
JACKSON LEWIS, P.C.
jennifer.rusie@jacksonlewis.com
moica.bullock@jacksonlewis.com

/s/Keith Gibson
Keith L. Gibson (*Pro Hac Vice*)
KEITH GIBSON LAW, P.C.
586 Duane Street Suite 102
Glen Ellyn, IL 60137
Telephone: (630) 677-6745
Email: keith@keithgibsonlaw.com

PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE HEARING