William M. Aron (SBN No. 234408)
**ARON LAW FIRM**
15 West Carrillo Street, Suite 217
Santa Barbara, CA 93101
Tel: (805) 618-1768
bill@aronlawfirm.com

*Attorneys for Plaintiffs and the Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN CHAFFIN, JENNIE KIM, LORI SINGER, MICHELLE IRWIN, ROXANNE SIMS, and DAWN MILLER, individually and on behalf of all those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>INTERNATIONAL COFFEE & TEA, LLC, dba THE COFFEE BEAN & TEA LEAF,<br><br>    Defendant. | Case No. 2:24-cv-03132-GW-SK<br><br>**UNOPPOSED MOTION TO STAY THE CASE PENDING DECISION IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

Plaintiffs, Carolyn Chaffin, Jennie Kim, Lori Singer, Michelle Irwin, Roxanne Sims, and Dawn Miller ("Plaintiffs") hereby move for a stay of this case pending resolution of identical legal issues in the Ninth Circuit Court of Appeals.

1. This case was filed on April 17, 2024, and challenges Defendant's alleged policy of charging lactose intolerant customers a surcharge for replacing milk with a non-diary alternative in their drinks.

2. On February 14, 2025, Plaintiffs filed their Second Amended Complaint to address the change in Defendant's policies (ECF #32).

3. On March 28, 2025, Defendant filed its Motion to Dismiss Second Amended Complaint (ECF #34).

4. On April 21, 2025, Honorable Susan Illston entered a decision granting the Motion to Dismiss in *Garland et al. v Dunkin Donuts Franchising, LLC, et al.,* Case No. 3:23-cv-06621-SI, ECF No. 88 (N.D. Cal. Apr. 21, 2025) ("*Garland*"), a case filed under a legal theory identical with this case.

5. The issues related to the claims under the American with Disabilities Act and the Unruh Act in *Garland* and the issues in this case are similar and are of first impression.

6. On April 25, 2025, Plaintiffs in the *Garland* case filed a Notice of Appeal to the ninth Circuit. (attached hereto Exhibit 1).

7. The U.S. Court of Appeals docket number 25-2804 has been assigned to this case. (Doketing Notice attached hereto as Exhibit 2). A decision in that appeal will directly impact a resolution of this case.

8. A district court has discretionary power to stay proceedings in its own court. *Lockyer v. Mirant Corp.,* 398 F.3d 1098 (9th Cir. 2005). A trial court may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case. *Leyva v. Certified Grocers of California, Ltd.,* 593 F.2d 857, 863 (9th Cir. 1979)

9. The issues to be resolved in the appeal proceedings are controlling of the action before the court and the decision in the *Garland* appeal is binding on this Court.

2

MOTION TO STAY THE CASE PENDING DECISION IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
CASE NO. 2:24-CV-03132-GW-SK

10. While the Plaintiffs recognize that a stay should not be granted unless it appears likely the other proceedings will be concluded within a reasonable time in relation to the urgency of the claims presented to the court. *Leyva,* 593 F.2d at 864 (9th Cir. 1979), in this case, the appeal will be concluded in a reasonable amount of time and the parties are not prejudiced by the wait.

11. Allowing this action to proceed simultaneously with the appeal would waste significant judicial resources, subject parties to unnecessary and duplicative litigation, and create a substantial risk of inconsistent rulings.

12. Attorneys for Plaintiffs communicated by email with attorneys for Defendant and Defendant agrees with the relief requested in this Motion.

WHEREFORE, the Plaintiffs respectfully request that the Court enter the accompanying order staying the case pending a decision in the United States Court of Appeals for the Ninth Circuit in appeal no. 25-2804, *Garland, et al. v. Dunkin Donuts Franchising, LLC, et al*.

Dated: May 15, 2025,

Respectfully submitted,

/s/ Bogdan Enica
Bogdan Enica (*Pro Hac Vice*)
Keith Gibson Law, P.C.
1200 N. Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: (305) 539-9206
Email: bogdan@keithgibsonlaw.com

Keith L. Gibson (*Pro Hac Vice*)
KEITH GIBSON LAW, P.C.
586 Duane Street Suite 102
Glen Ellyn, IL 60137
Telephone: (630) 677-6745
Email: keith@keithgibsonlaw.com

William M. Aron (SBN No. 234408)
ARON LAW FIRM
15 West Carrillo Street, Suite 217
Santa Barbara, CA 93101
Tel: (805) 618-1768
bill@aronlawfirm.com

*Counsel for Plaintiffs and the Putative Class*

3